IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| EDWARD JAZLOWIECKI,<br><br>                Plaintiff,<br><br>v.<br><br>EQUIFAX, INC.,<br><br>                Defendant. | CIVIL ACTION NO.:<br><br>**NOTICE OF REMOVAL** |

Defendant, Equifax, Inc., by Counsel, hereby files this Notice of Removal of this action from the Connecticut Superior Court, Judicial District of Hartford at Hartford, to the United States District Court for the District of Connecticut. This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1441 and 1446. In support hereof, Defendant shows this Court as follows:

1. A Summons for a civil action was prepared for filing in the Connecticut Superior Court, Judicial District of Hartford at Hartford, the civil action entitled *Edward Jazlowiecki v. Equifax, Inc.* (the "State Court Action").

2. Equifax, Inc. was served with the Summons, a copy of the Complaint in the State Court Action, and a copy of the Claim for Damages in the State Court Action on June 3, 2016.

3. This Notice is being filed with this Court within thirty (30) days after Equifax, Inc. was served with a copy of Plaintiff's initial pleading setting forth the grounds of his action and his claims for relief.

4. This Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1332, in that this is a civil action between citizens of different states with an amount in controversy over $75,000, as follows:

(a) Plaintiff's Complaint, on its face, alleges that he is a resident of Connecticut. (*See* Complaint ¶ 1.)

(b) Plaintiff's Complaint, on its face, alleges that Equifax, Inc. has its corporate headquarters in Georgia. (*See id.* ¶ 2.)

(c) Equifax, Inc. maintains its residency in the State of Georgia.

(d) Plaintiff's Claim for Damages alleges $150,000 in damages. (*See* Claim for Damages.)

5. Promptly after the filing of this Notice of Removal, Equifax, Inc. shall give written notice of the removal to Plaintiff and to the Connecticut Superior Court, Judicial District of Hartford at Hartford, as required by 28 U.S.C. § 1446(d).

6. Attached hereto, as Exhibit A, are copies of the Summons, Complaint, and Claim for Damages served upon Equifax, Inc. in the State Court Action.

- 3 -

WHEREFORE, Equifax, Inc. requests that the above-described action be removed to this Court.

Respectfully submitted this 1st day of July, 2016,

/s/ Eric D. Daniels
Eric D. Daniels
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, Connecticut 06103-3597
Tel. No. (860) 275-8200
Fax No. (860) 275-8299
Email: edaniels@rc.com
Attorneys for Defendant Equifax, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of July, 2016, I served a true and correct copy of the foregoing, and any attachments, by depositing a copy of the same in the United States Mail, first class postage prepaid, addressed to counsel of record as follows:

Dina Tornheim, Esq.
JAZLOWIECKI & JAZLOWIECKI
11 Lincoln Ave., Suite 6
Forestville, CT 06010

/s/ Eric D. Daniels
Eric D. Daniels