# EXHIBIT A

# SUMMONS - CIVIL
JD-CV-1 Rev. 4-16
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

See other side for instructions

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
☐ "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed *(Number, street, town and zip code)* (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk *(with area code)* | Return Date *(Must be a Tuesday)* |
|---|---|---|
| 95 Washington Street, Hartford, CT 06106 | ( 860 ) 548-2700 | July 19, 2016 |

| ☒ Judicial District  ☐ G.A. Number: ☐ Housing Session | At *(Town in which writ is returnable)* (C.G.S. §§ 51-346, 51-349) Hartford | Case type code *(See list on page 2)* Major: T   Minor: 90 |
|---|---|---|

**For the Plaintiff(s) please enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)* | Juris number *(to be entered by attorney only)* |
|---|---|
| Jazlowiecki & Jazlowiecki, 11 Lincoln Avenue, Suite 6, Bristol, CT 06010 | 419440 |

| Telephone number *(with area code)* | Signature of Plaintiff *(If self-represented)* |
|---|---|
| ( 860 ) 674-8000 | |

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.   ☐ Yes  ☒ No

Email address for delivery of papers under Section 10-13 *(if agreed to)*

Number of Plaintiffs: 1    Number of Defendants: 1    ☐ Form JD-CV-2 attached for additional parties

| Parties | Name *(Last, First, Middle Initial)* and Address of Each party *(Number; Street; P.O. Box; Town; State; Zip; Country, if not USA)* | |
|---|---|---|
| First Plaintiff | Name: Edward A. Jazlowiecki  Address: 11 Lincoln Avenue, Bristol, CT 06010 | P-01 |
| Additional Plaintiff | Name:  Address: | P-02 |
| First Defendant | Name: Equifax Inc.  Address: Agent for Service: Prentice-Hall Corporation System Inc., 50 Weston Street, Hartford, CT 06120-1537 | D-01 |
| Additional Defendant | Name:  Address: | D-02 |
| Additional Defendant | Name:  Address: | D-03 |
| Additional Defendant | Name:  Address: | D-04 |

ATTEST: A TRUE COPY
GEORGE SOUCY
CT STATE MARSHAL
HARTFORD COUNTY

## Notice to Each Defendant

1. YOU ARE BEING SUED. This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. **The Clerk of Court is not allowed to give advice on legal questions.**

| Signed *(Sign and "X" proper box)* | ☒ Commissioner of the Superior Court  ☐ Assistant Clerk | Name of Person Signing at Left Dina Tornheim | Date signed 5/31/2016 |
|---|---|---|---|

If this Summons is signed by a Clerk:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

For Court Use Only
File Date

| I certify I have read and understand the above: | Signed *(Self-Represented Plaintiff)* | Date | Docket Number |
|---|---|---|---|

| | | |
|---|---|---|
| RETURN DATE: JULY 19, 2016 | : | SUPERIOR COURT |
| EDWARD A. JAZLOWIECKI | : | J.D. OF HARTFORD |
| V. | : | AT HARTFORD |
| EQUIFAX INC. | : | MAY 31, 2016 |

## COMPLAINT

### First Count – Negligence

1. At all relevant times herein complained of, the plaintiff, Edward A. Jazlowiecki, (hereinafter "Jazlowiecki"), was a resident of Connecticut with a principal place of business at 11 Lincoln Avenue, Suite 6, Forestville, Connecticut.

2. At all relevant times herein complained of, the defendant, Equifax Inc., (hereinafter "Equifax") conducted business in the State of Connecticut and had its Corporate Headquarters in Atlanta, Georgia.

3. Equifax is a credit reporting agency that collects and organizes data about the credit history of individuals by obtaining information from public records, creditors and other sources. Equifax publishes this information in credit reports and provides these reports to former, current and prospective creditors, employers and other parties. In accordance with federal law, Equifax also provides each individual a copy of his or her credit report when requested.

4. On December 24, 2015 plaintiff attempted to rent a motor vehicle from Budget Rent a Car System, Inc., at a kiosk location inside the Philadelphia International Airport.

5.  The Plaintiff was denied a car rental based on his Equifax credit report.

6.  Thereafter on or about February 2, 2016, the plaintiff requested a copy of his credit report from the defendant Equifax. Equifax did not comply with this request.

7.  On or about February 20, 2016, the Plaintiff made a second request for a credit report. Equifax again did not comply with this request.

8.  As a result of the defendant's negligence and carelessness, as hereinafter set forth, the defendant's credit report of the Plaintiff includes erroneous and misleading information and has prevented the plaintiff from making purchases.

9.  The damages sustained by the Plaintiff were caused by the negligence and carelessness of the Defendant in one or more of the following ways:

   a. IN THAT the defendant failed to approve the car rental;

   b. IN THAT upon Plaintiff requesting a copy of his credit report on multiple occasions, the defendant repeatedly failed to provide one;

   c. IN THAT the defendant did not reasonably protect against errors in the publication of its credit reports; and

   d. IN THAT the defendant has refused to cooperate in trying to remediate any issues with the Plaintiff's credit report.

10. As a result of the foregoing acts of negligence, the Plaintiff has been injured and suffered the following damages: he was denied a car rental, had his credit slandered and his reputation was tarnished.

ATTEST: A TRUE COPY
GEORGE SOUCY
CT STATE MARSHAL
HARTFORD COUNTY

### Second Count – Defamation

1-8.   Paragraphs 1-8 of the First Count are incorporated into and made paragraphs 1-8 of the Third Count as if fully alleged herein.

9.   The Defendant's report of the Plaintiff's credit contains erroneous information that has been published to third parties and thereby has harmed the Plaintiff's credit history and his reputation.

10.   As a result of the foregoing acts, the Plaintiff has been injured and suffered the following damages: he was denied a car rental, had his credit slandered and had his reputation tarnished.

### Third Count -- Violation of the Connecticut Unfair Trade Practices Act

1-8.   Paragraphs 1-8 of the First and Second Counts are incorporated into and made paragraphs 1-8 of the Third Count as if fully alleged herein.

9.   The actions of the Defendant were done in the course of "trade" and "commerce" as defined in Sec. 42-110a(4) of the Connecticut General Statutes.

10.   The defendant's publication of the erroneous credit information causing a denial of services constitutes unfair trade practices and thereby violated Sec. 42-110b of the Connecticut General Statutes.

**Wherefore,** the Plaintiff claims:

1. Money damages with respect to all counts.

2. Common-law punitive damages with respect to the First and Second Counts.

3. Statutory punitive damages, pursuant to Conn. Gen. Stat. § 42-110g(a), with respect to the Third Count.

4. Attorneys' fees and costs, pursuant to Conn. Gen. Stat. § 42-110g(d), with respect to the Third Count.

5. Such other and further relief that the Court deems just and proper.

Dated in Forestville, Connecticut, this 31st day of May, 2016.

THE PLAINTIFF
EDWARD A. JAZLOWIECKI

By: _____
Dina Tornheim
Jazlowiecki & Jazlowiecki
11 Lincoln Ave., Suite 6
Forestville, CT 06010
(860) 674 - 8000

| | | |
|---|---|---|
| RETURN DATE: JULY 19, 2016 | : | SUPERIOR COURT |
| EDWARD A. JAZLOWIECKI | : | J.D. OF HARTFORD |
| V. | : | AT HARTFORD |
| EQUIFAX INC., | : | MAY 31, 2016 |

## CLAIM FOR DAMAGES

The amount in demand is more than $150,000.00, exclusive of interest and costs.

THE PLAINTIFF
EDWARD A. JAZLOWIECKI

By: _____
Dina Tornheim
Jazlowiecki & Jazlowiecki
11 Lincoln Ave., Suite 6
Forestville, CT 06010
(860) 674 - 8000

ATTEST: A TRUE COPY
GEORGE SOUCIE
CT STATE MARSHAL
HARTFORD COUNTY