IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| EDWARD JAZLOWIECKI, | : |
| Plaintiff, | : |
| v. | : CIVIL NO. 3:16-cv-01106-WWE |
| EQUIFAX INC. | : |
| Defendant, | : NOVEMBER 23, 2016 |

## JOINT NOTICE OF SETTLEMENT

Defendant Equifax Inc. and Plaintiff Edward Jazlowiecki hereby notify the Court that Plaintiff and Equifax have reached a settlement in principal in this matter and are in the process of completing the final closing documents and filing the dismissal, which they expect to complete on or before December 28, 2016.  The parties request that the Court retain jurisdiction for any matters related to completing the settlement.

| PLAINTIFF, EDWARD JAZLOWIECKI | DEFENDANT, EQUIFAX INC. |
|---|---|
| /s/  *Zak Jazlowiecki (with consent)* | /s/  *Eric D. Daniels* |
| Zak Jazlowiecki | Eric D. Daniels (ct 01582) |
| JAZLOWIECKI & JAZLOWIECKI | ROBINSON & COLE LLP |
| 11 Lincoln Avenue, Suite 6 | 280 Trumbull Street |
| Forestville, CT  06010 | Hartford, CT  06103-3597 |
| Tel. No. (860) 674-8000 | Tel. No. (860) 275-8200 |
| Email: Zjazlowiecki@Jazlowiecki.com | Fax No. (860) 275-8299 |
| | Email: edaniels@rc.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of November, 2016, I filed a copy of the foregoing document electronically. By operation of the Court's electronic filing system, the Court system will send notice of this filing by e-mail to all parties. I will send such notice by mail on anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

>*/s/ Eric D. Daniels*_____
>Eric D. Daniels